No. 85–5402.   GRADY v. MISSOURI, 474 U. S. 951.   Motion for leave to file petition for rehearing denied.

No. 86–1366.   DUQUESNE LIGHT CO. ET AL. v. STATE TAX DEPARTMENT OF WEST VIRGINIA ET AL., 481 U. S. 1044.   Petition for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 86–5769 (A–871).   THOMPSON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 481 U. S. 1042.   Application for stay of execution of sentence of death, addressed to JUSTICE STEVENS and referred to the Court, denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application. Petition for rehearing denied.